[No. 3796–1.   Division One.   June 6, 1977.]

MARION O. McCAW, *Appellant,* v. WALTER N. NELSKOG, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 773131, Ward Roney, J., entered April 29, 1975. *Remanded with instructions* by unpublished per curiam opinion.

[No. 4105–1.   Division One.   June 6, 1977.]

*In the Matter of the Guardianship of* ROLAND G. MILLER.

Appeal from a judgment of the Superior Court for Snohomish County, No. 44065, Paul D. Hansen, J., entered July 31, 1975. *Affirmed as modified* by unpublished opinion per Swanson, J., concurred in by Farris, C.J., and Williams, J.

[No. 4224–1.   Division One.   June 6, 1977.]

ROBERT K. MILLER, *Appellant,* v. LAKE WASHINGTON SCHOOL DISTRICT No. 414, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 797188, Bartlett Rummel, J. Pro Tem., entered September 30, 1975. *Affirmed* by unpublished per curiam opinion.